UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ASHA K. SPAULDING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV615-107 |
| | ) | CR612-017 |
| UNITED STATES OF AMERICA, | ) | CR613-001 |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 24, 2019, the Court recommended the dismissal of petitioner's motion under the First Step Act. Doc. 33. The Court had previously stayed petitioner's responses to the Government's motion to dismiss her habeas petition pending the resolution of the First Step motion, doc. 32. Accordingly, upon recommending dismissal, the Court directed petitioner to file her response to the Government's motion to dismiss within thirty days. Doc. 33. That Report and Recommendation was adopted by the District Judge on February 25, 2020. Doc. 35. To date, no response to the motion to dismiss the habeas petition has been submitted. Accordingly, petitioner is **DIRECTED** to **SHOW CAUSE** within 45 days from the date of this Order why she did not file her response. Failure to respond will result in a recommendation of dismissal for failure to follow a Court Order. *See L.R. 41(b)*; *see Link v. Wabash R.R. Co.*,

370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

**SO ORDERED,** this 8th day of December, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA