IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ASHA K. SPAULDING,

      Movant,

      v.

UNITED STATES OF AMERICA,

      Respondent.

CIVIL ACTION NO.: 6:15-cv-107

(Case Nos.: 6:12-cr-17; 6:13-cr-1)

**O R D E R**

On December 8, 2020, the Court ordered Movant Asha K. Spaulding to show cause why she failed to respond to the Government's Motion to Dismiss her Section 2255 Motion.  (Doc. 36.)[1] The Court noted that it ordered Spaulding to respond to the motion to dismiss months prior, and it forewarned Spaulding that her failure to respond to the Court's show cause order could result in dismissal of her Section 2255 motion for her failure to follow the Court's orders.  (Id. at pp. 1—2.)  Spaulding has entirely failed to respond to the Court's Order and has taken no action to prosecute this case.  Moreover, it appears from the docket that Spaulding has failed to apprise the Court of a change in her address.  The Court mailed its December 8, 2020 Order to her at the last address it has on file for her, but the Order was returned as undeliverable, (doc. 37).  Despite the Court ordering Spaulding to show cause and directing her to respond to the Motion to Dismiss, she has failed to do so.  Further, without a way to communicate with Spaulding, the Court cannot

---

[1]  Citations herein are to the civil case docket, 6:15-cv-107.  However, the Clerk of Court is **DIRECTED** to also file this Order on the above-referenced criminal case dockets and to terminate the appropriate motions in those case.

administer this case.  Thus, any measure other than dismissal will not suffice to remedy her disregard of the Court's orders and her failure to prosecute her Section 2255 Motion.

For these reasons, the Court **DISMISSES** Spaulding's Section 2255 Motion, (doc. 1), **WITHOUT PREJUDICE** for Spaulding's failure to follow this Court's orders and failure to prosecute this case.  The Court **DENIES AS MOOT** all pending motions including the Government's Motion to Dismiss, (doc. 21), and Spaulding's Motion to Challenge Subject Matter Jurisdiction, (doc. 28).  The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 2nd day of February, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA