IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 6:13-cr-001 |
| | ) | |
| ASHA K. SPAULDING | ) | |
| | ) | |

## ORDER

Before the Court is the Government's Motion to Withdraw Rule 35(b) Motion to Reduce Sentence. In the motion, the Government seeks to withdraw its pending Rule 35(b) Motion to Reduce Sentence (Doc. 37) because Defendant Asha K. Spaulding has not provided any additional assistance in the investigation and prosecution of others sufficient to warrant further reduction of her sentence. After careful consideration, the Government's motion is **GRANTED**. As a result, the Government's pending Motion to Reduce Sentence (Doc. 37) is dismissed.

So ordered, this 5th day of March, 2021.

_____
HONORABLE R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA